ERNEST P. EUVRARD, as Administrator, etc., of PETER J. EUVRARD, Deceased, Appellant, v. JANET E. THORN and Another, Respondents.— Judgment dismissing the plaintiff's complaint at the close of the case, in an action to recover damages for the death of plaintiff's intestate as the result of injuries received at a street intersection through the alleged negligence of the defendants in the operation of a motor vehicle owned by defendant Broughton and operated by defendant Thorn, reversed on the law and a new trial granted, costs to appellant to abide the event. We are of opinion that the proof adduced presented a question of fact for determination by the jury. (Metzger v. Cushman's Sons, Inc., 243 N. Y. 118.) Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

ANNA GROSSMAN and Another, Appellants, v. MAX KASMERE and Another, Respondents.— Action by plaintiff Anna Grossman to recover damages for personal injuries sustained by falling down an alleged defective stairway in the house of defendants, whom she was visiting, and by Morris Grossman, her husband, to recover for expenses and loss of services. Appeal from judgment rendered in favor of defendants after a trial without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

LILLIAN M. HOLTJE, Respondent, v. KATHERINE M. SAVAGE, Appellant.— Judgment in favor of plaintiff for damages to property and for personal injuries as a result of a collision of automobiles at a highway intersection unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of THOMAS F. CHIFFRILLER for a Judicial Review of the Returns of the Board of Elections in Respect to the Error in the Count of the County Committeemen for the Fifty-first Election District, Fourth Assembly District, Queens County. THOMAS F. CHIFFRILLER, Appellant; BOARD OF ELECTIONS OF THE CITY OF NEW YORK and Others, Respondents.— Order denying motion to determine summarily that the petitioner was duly elected a county committeeman and to review the ballots accordingly affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Judicial Settlement of the Account of Proceedings of J. RADFORD JOHNSON, as Administrator, etc., of EMILY M. JOHNSON, Deceased. DAYTON W. JOHNSON, Appellant; FRED. W. PENNY, Individually and as Attorney for J. RADFORD JOHNSON, as Administrator, etc., and Others, Respondents.— Proceeding for an accounting by an administrator. Appeal from that part of the decree which, in settling the account, adjudges that a payment of $3,962.86 to appellant was an advancement against his share of the estate and directing that that amount be deducted from his share. Decree of the Surrogate's Court of Rockland county unanimously affirmed, with costs against appellant. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.